863



**Commonwealth of Massachusetts**
Executive Office of Environmental Affairs
OFFICE OF LAW ENFORCEMENT

**BOAT REGISTRATION CLASS 1 - 16 TO 26 FEET**

MS 2187 BB    Customer Id: 487766    Expires: 10-06-2019

MORAN ENVIRONMENTAL RECOVERY, LLC
75 D YORK AVENUE
RANDOLPH, MA 02368    DOB:

Signature:

| BOAT REGISTRATION CLASS 1 - 16 TO 26 FEET | MS 2187 BB |
|---|---|
| 2013 PATRIOT 24' 0" | OPEN BOAT |
| LOB11622D313 | RANDOLPH/ MA |
| PLEASURE | GRAY/SELECT |
| ALUMINUM | NONE |
| 2011 YAMAHA 68VX1127454 115 PROPELLER | OUTBOARD GAS |
| 2011 YAMAHA 68WX1005025 115 PROPELLER | OUTBOARD GAS |

Director: _James C. McGinn_
James McGinn, Director

1. Report within 15 days changes of ownership, address, destruction, transfer, theft or abandonment of vessel. Report within 2 days the above for recreational vehicles to Office of Law Enforcement, 251 Causeway Street, Boston, MA 02114.
2. Operator is required to:
   A. Always carry certificate of number on vessel.
   B. Stop and render aid or assistance if involved in or witness to an accident (when safe to do so).
   C. Report every accident involving death within 48 hours and every accident involving injury to person(s) or property damage over $500 or property damage over $50 for recreational vehicles within 5 days to this division. Ph: 1 800-632-8075

**CUSTOMER RECEIPT**
*This is your receipt. Retain and store in a safe place.*

MORAN ENVIRONMENTAL RECOVERY, LLC
75 D YORK AVENUE
RANDOLPH, MA 02368
OLFC HYANNIS

FTN: 6352015
ISSUED: 27-SEP-17
PAY TYPE: CHECK

BOAT REGISTRATION CLASS 1 - 16 TO 26 FEET    $ 66.00
**FEES PAID THIS PAGE**    $ 66.00

**Registration Offices**

67 Millbrook Street
Suite 350, 3rd Floor
Worcester, MA 01606
508-753-0603

218 S. Main Street - 3rd Floor
Fall River, MA 02721
508-679-8287

1 Federal St, Bldg. #101
Springfield, MA 01105
413-733-1642

251 Causeway St.
Suite 101
Boston, MA 02114
617-626-1610

60 Perseverance Way
Hyannis, MA 02601
508-771-6382

Note: The fees listed above apply to this page only. If you purchased additional items, they will appear on supplemental pages with fees listed on those pages.

**APPLICATION INSTRUCTIONS**
NOTE: DO NOT MOISTEN DECAL

A. Thoroughly clean boat hull surface before application. Remove wax and other foreign matter.

B. Remove validation decal by bending card at corner of decal and peeling label off the carrier.

C. Validation decal must be affixed within six inches following the registration number on the port (left) side of the vessel.

D. Firmly rub validation decal and edges down with thumb.

**Commonwealth of Massachusetts**
Charles D. Baker, Governor
Karyn E. Polito, Lt. Governor

Executive Office of Environmental Affairs
Matthew A. Beaton, Secretary

Office of Law Enforcement
James McGinn, Director



MORAN ENVIRONMENTAL RECOVERY, LLC
75 D YORK AVENUE
RANDOLPH, MA 02368

Rev 7/2015