

# FIRST REPORT

July 18, 2018

CLAIM: Moran Environmental Recovery, LLC
KNOX MARINE FILE: 180713
VESSEL: *Miss June,* 24' Custom Aluminum Workboat manufactured by Lobell's Custom Boats
TYPE OF LOSS: Allision
DATE OF LOSS: 7/6/18
DATE ASSIGNED: 7/11/18
DATE, LOCATION INSPECTED: 7/11/18. I inspected the damaged boat on a trailer inside the garage of Moran Environmental Recovery, Spruill Ave., North Charleston, SC. On 7/17/18 I inspected the boat's GPS unit.
ATTENDING: Douglas Alling, on behalf of Knox Marine/Tecklenburg & Jenkins LLC. Prior to my inspection, I met with Moran Environmental Recovery (MER) representatives John Mahoney, Vice President; Adam Smoak, Marine Supervisor; and Bernie Reagan, Southeast Response Manager.
SURVEY PERFORMED ON BEHALF OF: Tecklenburg & Jenkins LLC, Mr. Paul Tecklenburg.

**SCOPE OF ASSIGNMENT:**
Determine nature and extent of damages. Report on the post casualty boat condition and value.

**VESSEL DESCRIPTION:**
*Miss June,* 24' Custom Aluminum Workboat manufactured by Lobell's Custom Boats, Prairieville, LA. See general photos 1-6 (Photo Sheet 1). Hull Identification Number (HIN) LOB11622D313. State Registration MS2187BB. Powered by two 2018 Yamaha 115 HP outboard four stroke gasoline engines. Serial number port 6ELX1001290, starboard 6EKX1055222.

Adam Smoak of MER stated the engines were installed on the damaged boat approximately one week prior to the loss. Smoak estimated each engine to have 20 operating hours.

KNOX MARINE SURVEYORS & CONSULTANTS, LLC
Marine surveyors and investigators since 1987
Richmond, VA • Norfolk, VA • Charleston, SC
2080 Amenity Park Dr., Mt. Pleasant, SC 29466
Phone 843-737-1479 Fax 804.491.3003
www.knoxmarine.com • dalling@knoxmarine.com

**CAUSE AND ORIGIN:**
John Mahoney, Adam Smoak, and Bernie Reagan of Moran Environmental Recovery (MER) provided the following account of the loss.

On the date of loss, the insured boat was occupied by MER employees Ed Barnett (deceased) and David Rafferty (injured), who were returning to the MER docks in the dark, shortly after 2300 hours. The bow of the boat struck the sea wall located in the Cooper River just north of the Shipyard Creek entrance.

Adam Smoak, MER Marine Supervisor, stated that after the loss, the damaged boat remained afloat. Smoak towed the damaged boat on its own bottom back to the MER facility, where it was trailered and taken to the MER garage on Spruill Avenue, North Charleston, for preservation and inspection.

According to Mahoney, the Coast Guard inspected the damaged boat on 7/10/18 at the MER building, where we conducted our inspection. Mahoney stated Coast Guard inspectors did not disturb evidence onboard the boat.

Mahoney stated that Coast Guard inspection found the GPS unit with its cover on. The unit was new when placed in service approximately one week prior to the loss. Inspectors powered up the unit and found no track lines or other indications that the GPS was in use at the time of the loss.

On 7/11/18, I inspected the damaged boat on a trailer inside the garage of Moran Environmental Recovery.

My inspection showed the boat to have heavy damage consistent with the bow hitting a solid object. The initial impact occurred at the starboard bow push knee. Both push knees and the forward 2 feet of the boat's bow are deflected upward at a 90-degree angle. There is rust and black transfer on the damaged boat's starboard bow. Personal protective gear and boat equipment was strewn about the boat's interior. A significant amount of dried blood was observed aft of the center console on the port side.

I returned to inspect the GPS unit on 7/17/18. The GPS unit, a Lowrance "Hook" with 7-inch display, was located inside the helm seat/locker. A temporary connection had been made from the Lowrance unit to the two lead acid batteries located in a separate compartment of the same locker.

When powered up in the navigation chart mode, 6 recorded tracks were found. All tracks showed a start/termination at the MER "K" Dock facility on the Cooper River and went north. There were no recorded tracks showing travel south of the MER "K" Dock facility - the direction of the loss.

Observed damage is consistent with the bow of the boat alliding with a stationary object.

**LOSS AND DAMAGE:**
The insured boat has heavy damage to the bow. The forward 2 feet of the bow have been bent upwards, 90 degrees on the starboard side. The cap is buckled approximately 2 feet aft of the bow on port and starboard sides. There are fractures to the welds around the push knees and rub rails. The welded-on keel strake is fractured. The forward, starboard topsides are deflected outwards, and the hull is concave in several locations on the starboard side.

Inspection of the cockpit showed the forward locker bulkhead is deflected aft; there is a broken weld of the cockpit liner on the starboard side just aft of the bow locker. The deck is heaved at the center console, and the center console is leaning forward. The center console windshield is broken out and the windshield frame deformed. The steering wheel is bent. Both the 2-way radio and GPS/chart plotter have been broken from their helm mounts. The 71-gallon aluminum gas tank has broken free of its mounts, moved forward in the cockpit, and is now adjacent to the aluminum helm bench locker.

The starboard outboard engine cowl is scratched at the outboard decal, but the engines are otherwise serviceable.

Consultation with the boat's manufacturer, Lobell's Custom Boats, confirmed structural damage to the boat makes it beyond repair.

**TOWING / SALVAGE:**
No commercial de-grounding or towing assistance required.

**SUE & LABOR:**
No emergency services for the damaged boat were necessary.

**SALVAGE RETURN:**
The damaged boat has no salvage value.

The outboard engines retain some salvage value. The engines were purchased from Charleston Marine in April, 2018 by MER and installed by MER approximately one week prior to the loss. The purchase price of the two engines totaled $20,056.00. The invoice is enclosed. (Installation was performed by MER staff. There was no labor charged by Charleston Marine for engine installation.)

I estimate the salvage value of the engines to be around $14,000.

The boat is lightly equipped. The following items were sighted aboard:
1- Uniden UM435 2-way radio and antenna.
1- Lowrance Hook chart plotter with depth and CHIRP.
   Ground tackle – two anchors and rode.
   Orange life ring.

I estimate the salvage value of the two electronic units to be around $400.

**ESTIMATE OF LOSS:**
I have not prepared or asked for a repair estimate, as the boat is obviously a constructive total loss (CTL).

**ACTION REMAINING:**
As directed. It appears that this report completes our assignment. We will keep our file open until you confirm that you have everything you need to close your file.

*[Signature: Douglas Alling]*

Douglas Alling
SAMS-AMS
Attending Surveyor
Knox Marine Surveyors & Consultants, LLC

Enclosures:
Photo Sheet 1 (Boat inspection)
Photo Sheet 2 (GPS/Chart plotter inspection)
Loss Location
Bill of Sale – Boat Registration
Invoice – Charleston Marine – New Engines – April 2018