IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc. <br><br> For exoneration from, or limitation of, liability., | Civil Action No.: 2:18-cv-02396-DCN |

**MORAN ENVIRONMENTAL RECOVERY, LLC'S ANSWERS TO LCR 26.01 INTERROGATORIES**

The Plaintiff, Moran Environmental Recovery, LLC, files and serves its Answers to Rule 26.01 Interrogatories pursuant to the Local Civil Rules for the United States District Court for the District of South Carolina, as follows:

(A)   State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**   None

(B)   As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:   All claims should be tried nonjury, as the claims are within this Court's admiralty jurisdiction.**

(C)   State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:   Plaintiff is privately owned.**

1

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **The subject vessel is in the Charleston Division.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the causes: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **No**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Not Applicable**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **Under Investigation.**

2

**Respectfully submitted,**

**TECKLENBURG & JENKINS, LLC**

s/Paul F. Tecklenburg
Paul F. Tecklenburg, (Fed ID #3702)
Rivers T. Jenkins, III (Fed ID #5631)
1819 Meeting Street Road, Suite A (29405)
P.O. Box 20667
Charleston, South Carolina 29413
Telephone: 843 534-2628
Facsimile: (843) 534-2629
Email:  pft@tecklaw.net
Email:  rtj@tecklaw.net

*Attorneys for Plaintiff*

Charleston, South Carolina

August 29, 2018