IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN<br><br>**EX PARTE APPLICATION FOR:**<br><br>1. **APPROVAL OF STIPULATION FOR VALUE AND COSTS AND LETTER OF UNDERTAKING**<br><br>2. **ORDER DIRECTING MONITION TO ISSUE, PUBLIC NOTICE AND RESTRAINING ALL SUITS** |

Plaintiff-in-Limitation Moran Environmental Recovery, LLC, having filed a Complaint under the Limitation of Liability Act, 46 U.S.C. 30501, et seq., hereby applies to the Court for issuance of the following orders pursuant to Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims:

1. That the proposed Order Approving Stipulation for Value and Costs and Letter of Undertaking filed concurrently herewith be approved by the Court; and

2. That the proposed Order Directing Monition to Issue, Public Notice and Restraining All Suits filed concurrently herewith be issued by the Court.

**[SIGNATURE PAGE TO FOLLOW]**

RESPECTFULLY SUBMITTED,

**TECKLENBURG & JENKINS, LLC**

__s/ *Paul F. Tecklenburg*_____
Paul F. Tecklenburg, Fed. ID #3702
Rivers T. Jenkins, III, Fed. ID #5631
1819 Meeting Street Road, Suite A (29405)
P.O. Box 20667
Charleston, South Carolina 29413
Telephone: (843) 534-2628
Facsimile: 843-534-2629
pft@tecklaw.net
rtj@tecklaw.nett

*Counsel for Plaintiff-in-Limitation,*
*Moran Environmental Recovery, LLC*

Charleston, South Carolina

August 29, 2018