IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability., | Civil Action No.: 2:18-cv-02396-DCN<br><br>**ORDER APPROVING STIPULATION REGARDING SECURITY FOR VALUE AND COSTS AND LETTER OF UNDERTAKING** |

WHEREAS, Plaintiff-in-Limitation MORAN ENVIRONMENTAL RECOVERY, LLC (hereinafter "PLAINTIFF-IN-LIMITATION), as owner of the vessel "MISS JUNE," her engines, tackle, appurtenances, etc. ("Vessel"), filed a Complaint pursuant to the Limitation of Liability Act 46 U.S.C. § 30501, *et seq.,* claiming the right to exoneration from, or limitation of, liability from all claims arising out of that certain incident of on or about July 6, 2018, on the navigable waters of the United States at Marker 49-A on the Cooper River, North Charleston, South Carolina, and involving the Vessel, as alleged and for the reasons and because of the circumstances set forth in the Complaint, and having filed a Stipulation Regarding Security for Value and Costs and Letter of Undertaking; and

WHEREAS, the aggregate value of PLAINTIFF-IN-LIMITATION's interest in the Vessel immediately following the subject incident is alleged as worth, at a maximum, Fourteen Thousand Four Hundred Dollars ($14,400.00), and Starr Indemnity & Liability Company, as surety, pursuant to a letter of undertaking, consented and agreed to provide security for value and costs within the meaning of Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules of Admiralty and Maritime Claims;

1

IT IS HEREBY ORDERED that the Stipulation Regarding Security for Value and Costs and the Letter of Undertaking are approved.

IT IS SO ORDERED, this ____ day of _____, 2018 at Charleston, South Carolina.

                                                                         _____
                                                                           UNITED STATES DISTRICT JUDGE