IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN<br><br>**MONITION/NOTICE OF COMPLAINT FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY** |

NOTICE IS HEREBY GIVEN that Plaintiff-in-Limitation Moran Environmental Recovery, LLC, ("PLAINTIFF-IN-LIMITATION"), as owners of that certain 2013 Lobell aluminum workboat named "MISS JUNE" and bearing Hull Identification Number LOB11622D313, and her engines, tackle, appurtenances, etc. ("Vessel"), has filed a Complaint under the Limitation of Liability Act 46 U.S.C. § 30501, et seq. claiming the right to exoneration from, or limitation of, liability for all claims, losses, or damages arising out of, resulting from, or in any manner connected with, that certain incident of on or about July 6, 2018 on the navigable waters of the United States at Marker 49-A on the Cooper River, North Charleston, South Carolina involving an allision with a contraction dike, as alleged and for the reasons and because of the circumstances set forth in the Complaint.

NOTICE IS FURTHER GIVEN that all persons having any such claims must file them, as provided in Rule F of the F.R.C.P., Supplemental Rules for Admiralty and Maritime Claims ("SRAMC"), with the Clerk of this Court at the United States Courthouse, located at 85 Broad Street, Charleston, South Carolina 29401, and serve upon or mail to PLAINTIFF-IN-LIMITATION's attorneys, TECKLENBURG & JENKINS, LLC, at P. O. Box 20667, Charleston, South Carolina

29413, a copy of such claim on or before the 16th day of October, 2018, or be deemed to be in contumacy and default. Personal attendance is not required.

Any Claimant desiring to contest PLAINTIFF-IN-LIMITATION's right to exoneration from, or limitation of, liability must also file an answer to the Complaint on file herein, as required by Rule F(5), F.R.C.P., SRAMC, and shall serve a copy thereof upon the attorneys for PLAINTIFF-IN-LIMITATION, unless the claim has included an answer.

Charleston, South Carolina

August 31, 2018

s/John P. Bryan, Jr.
Deputy Clerk
CLERK OF THE U.S. DISTRICT COURT
Robin L. Blume