IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc. | ) ) ) ) ) ) | Civil Action No.: 2:18-cv-02396-DCN |
| | ) | **CERTIFICATE OF SERVICE** |
| For exoneration from, or limitation of, liability. | ) ) ) | |

The undersigned hereby certifies that on the 5th day of September, 2018, copies of the:

1.    Complaint for Exoneration from, or Limitation of, Liability (with Exhibits 1 & 2);

2.    Notice of Filing Stipulation for Value and Costs and Letter of Undertaking;

3.    *Ex Parte* Application for: (1) Approval of Stipulation for Value and Costs and Letter of Undertaking (2) Order Directing Monition to Issue, Public Notice and Restraining All Suits (with proposed Orders and Memorandum in Support);

4.    Order Approving Stipulation Regarding Security for Value and Costs and Letter of Undertaking;

5.    Order Directing Monition to Issue, Public Notice and Restraining All Suits; and

6.    Monition/Notice of Complaint for Exoneration from, or Limitation of, Liability;

were served upon The Estate of Edward Roland Barnett and David Rafferty (Deceased) by placing copies of the same in the U.S. Mail, with sufficient postage for delivery to their respective counsel and addressed as follows:

Brooklyn A. O'Shea, Esquire                    Christopher J. McCool, Esquire
O'Shea Law Firm                                      Joye Law Firm
1120 Folly Road                                        5861 Rivers Avenue
Charleston, SC  29412                              North Charleston, SC  29406

A. Elliott Barrow, Jr., Esquire
Barrow Law Firm, LLC
1051 Chuck Dawley Blvd.
Mt. Pleasant, SC  29464

The undersigned further certifies that on the 5th day of September, 2018, a copy of the

Monition/Notice of Complaint for Exoneration from, or Limitation of, Liability was served upon The

Family of Edward R. Barnett and The Family of David Rafferty by placing copies of the same in the

U.S. Mail, with sufficient postage for delivery and addressed as follows:

The Family of Edward R. Barnett
172 George Keen Drive
Summerville, SC  29483

The Family of David Rafferty
9938 Levenshall Drive
Ladson, SC  29456

*s/Paul F. Tecklenburg*_____
Paul F. Tecklenburg, Fed. ID #3702
1819 Meeting Street Road, Suite A (29405)
P.O. Box 20667
Charleston, South Carolina 29413
Telephone: (843) 534-2628
Facsimile: 843-534-2629
pft@tecklaw.net
rtj@tecklaw.nett

**Counsel for Plaintiff-in-Limitation,**
**Moran Environmental Recovery, LLC**

Charleston, South Carolina