IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 6th day of September, 2018, copies of Moran Environmental Recovery, LLC's Answers to LCR 26.01 Interrogatories were served upon The Estate of Edward Roland Barnett and David Rafferty (Deceased) by placing copies of the same in the U.S. Mail, with sufficient postage for delivery to their respective counsel and addressed as follows:

| | |
|---|---|
| Brooklyn A. O'Shea, Esquire<br>O'Shea Law Firm<br>1120 Folly Road<br>Charleston, SC  29412 | Christopher J. McCool, Esquire<br>Joye Law Firm<br>5861 Rivers Avenue<br>North Charleston, SC  29406 |
| A. Elliott Barrow, Jr., Esquire<br>Barrow Law Firm, LLC<br>1051 Chuck Dawley Blvd.<br>Mt. Pleasant, SC  29464 | |

*s/Paul F. Tecklenburg*_____

Paul F. Tecklenburg, Fed. ID #3702
1819 Meeting Street Road, Suite A (29405)
P.O. Box 20667
Charleston, South Carolina 29413
Telephone: (843) 534-2628
Facsimile: 843-534-2629
pft@tecklaw.net
rtj@tecklaw.nett

***Counsel for Plaintiff-in-Limitation,***
***Moran Environmental Recovery, LLC***

Charleston, South Carolina

1