IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN<br><br>**NOTICE OF FILING AFFIDAVIT AND AFFIDAVIT OF PUBLICATION** |

NOTICE IS HEREBY GIVEN that the attached **AFFIDVIT OF PUBLICATION** is being filed on behalf of Moran Environmental Recovery, LLC, ("PLAINTIFF-IN-LIMITATION"), with the United States District Court, District of South Carolina, Charleston Division, in the above-captioned matter.

RESPECTFULLY SUBMITTED,

TECKLENBURG & JENKINS, LLC

__s/ *Paul F. Tecklenburg*_____
Paul F. Tecklenburg, Fed. ID #3702
Rivers T. Jenkins, III, Fed. ID #5631
1819 Meeting Street Road, Suite A (29405)
P.O. Box 20667
Charleston, South Carolina 29413
Telephone: (843) 534-2628
Facsimile: 843-534-2629
pft@tecklaw.net
rtj@tecklaw.nett
*Attorneys for Plaintiff-in-Limitation*

Charleston, South Carolina

October 3, 2018

TECKLENBURG LAW FIRM, LLC
1819 MEETING STREET RD
NORTH CHARLESTON  SC  29405

# AFFIDAVIT OF PUBLICATION

# The Post and Courier

State of South Carolina
County of Charleston

Personally appeared before me the undersigned advertising clerk of the above indicated newspaper published in the city of Charleston, county and state aforesaid, who, being duly sworn, says that the advertisement of

_____
(copy attached)

appeared in the issues of said newspaper on the following day(s):

| | | | |
|---|---|---|---|
| 09/06/18 | Thu | PC | |
| 09/13/18 | Thu | PC | |
| 09/20/18 | Thu | PC | |
| 09/27/18 | Thu | PC | |
| 09/06/18 | Thu | CNW | |
| 09/13/18 | Thu | CNW | |
| 09/20/18 | Thu | CNW | |
| 09/27/18 | Thu | CNW | |

at a cost of    $771.24
Account#       108172
Order#         1725020
P.O. Number:

Subscribed and sworn to before me this 1st day of October A.D. 2018

advertising clerk

NOTARY PUBLIC, SC
My commission expires

SHELLY DUBERRY
NOTARY
My Comm. Exp. 09/24/2023
PUBLIC
SOUTH CAROLINA

---

IN THE UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION IN ADMIRALTY
CIVIL ACTION NO.: 2:18-cv-02396-DCN
NOTICE OF COMPLAINT FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY

In the matter of the Complaint of Moran Environmental Recovery, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.

For exoneration from, or limitation of, liability NOTICE IS HEREBY GIVEN that Plaintiff-in-Limitation Moran Environmental Recovery, LLC, ("PLAINTIFF-IN-LIMITATION"), as owner of that certain 2013 Lobell aluminum workboat named "MISS JUNE" and bearing Hull Identification Number LOB11622D313, and her engines, tackle, appurtenances, etc. ("Vessel"), has filed a Complaint under the Limitation of Liability Act 46 U.S.C. § 30501, et seq. claiming the right to exoneration from, or limitation of, liability for all claims, losses, or damages arising out of, resulting from, or in any manner connected with, that certain incident of on or about July 6, 2018 on the navigable waters of the United States at Marker 49-A on the Cooper River, North Charleston, South Carolina involving an allision with a contraction dike, as alleged and for the reasons and because of the circumstances set forth in the Complaint.

NOTICE IS FURTHER GIVEN that all persons having any such claims must file them, as provided in Rule F of the F.R.C.P., Supplemental Rules for Admiralty and Maritime Claims ("SRAMC"), with the Clerk of this Court at the United States Courthouse, located at 85 Broad Street, Charleston, SC 29401, and serve upon or mail to PLAINTIFF-IN-LIMITATION's attorneys, TECKLENBURG & JENKINS, LLC, at P. O. Box 20667, Charleston, SC 29413, a copy of such claim on or before the 16th day of October, 2018, or be deemed to be in contumacy and default. Personal attendance is not required.

Any Claimant desiring to contest PLAINTIFF-IN-LIMITATION's right to exoneration from, or limitation of, liability must also file an answer to the Complaint on file herein, as required by Rule F(5), F.R.C.P., SRAMC, and shall serve a copy thereof upon the attorneys for PLAINTIFF-IN-LIMITATION, unless the claim has included an answer.

DATED:
CLERK OF THE U.S. DISTRICT COURT
AD# 1725020