IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc. <br><br> For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN <br><br> **RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

[ ]  We agree that the schedule set forth in the Conference and Scheduling Order filed November 2, 2018 is appropriate for this case. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

[X]  We agree that the schedule set forth in the Conference and Scheduling Order filed November 2, 2018 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

[ ]  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

| PLAINTIFF-IN-LIMITATION: | CLAIMANTS: |
|---|---|
| TECKLENBURG & JENKINS, LLC | LAW OFFICES OF GEDNEY M. HOWE, III, PA |
| *s/ Paul F. Tecklenburg* | *s/ Gedney M. Howe* |
| Paul F. Tecklenburg, Fed. ID #3702 | Gedney M. Howe, III, Fed. ID#1971 |
| Rivers T. Jenkins, III, Fed. ID #5631 | P.O. Box 1034 |
| 1819 Meeting Street Road, Suite A (29405) | Charleston, SC 29402 |
| P.O. Box 20667 | Phone: (843) 722-8048 |
| Charleston, South Carolina 29413 | Fax: (843) 722-2140 |
| Telephone: (843) 534-2628 | Email: ghowe@gedneyhowe.com |
| Facsimile: (843) 534-2629 | |
| pft@tecklaw.net | BARROW LAW FIRM, LLC |
| rtj@tecklaw.net | *s/ Elliot Barrow, Jr.* |
| *Attorneys for Moran Environmental Recovery, LLC* | A. Elliot Barrow, Jr., Fed. ID#1222 |
| | 1051 Chuck Dawley Blvd. |
| | Mt. Pleasant, SC 29464 |
| Charleston, South Carolina | Phone: (843) 353-1440 |
| December 7, 2018 | Fax: (843)352-1441 |
| | Email: blf@barrowlawfirm.com |
| | |
| | *Attorneys for the Estate of David Wayne Rafferty* |
| | |
| | O'SHEA LAW FIRM, LLC |
| | *s/ Brooklyn A. O'Shea* |
| | Brooklyn A. O'Shea, Fed. ID #12681 |
| | Ian O'Shea, Fed. ID #11879 |
| | 1120 Folly Road |
| | Charleston, SC 29412 |
| | Phone: (843) 805-4943 |
| | brook@theoshealawfirm.com |
| | ioshea@theoshealawfirm.com |
| | |
| | JOYE LAW FIRM, LLP |
| | *s/ Christopher J. McCool* |
| | Christopher J. McCool, Fed. ID #5747 |
| | 5861 Rivers Avenue |
| | North Charleston, SC 29406 |
| | (843) 554-3100 |
| | cmccool@joyelawfirm.com |
| | |
| | *Attorneys for the Estate of Edward Barnett* |
| | |
| | Charleston, South Carolina |
| | December 7, 2018 |