IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN<br><br>**CONSENT AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **November 21, 2018**.

2. Rule 26(a)(1) Initial Disclosures: No later than **January 11, 2019**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. Rule 26(f) Report: No later than **December 7, 2018**, the parties shall file a Fed. R. Civ. P. 26(f) Report.

4. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **February 15, 2019**.

5. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

    Claimants: **April 26, 2019**
    Plaintiff in Limitation: **May 31, 2019**

6. Discovery: Discovery shall be completed no later than **September 27, 2019**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. Motions *in Limine*: Motions *in limine* must be filed at least three weeks prior to jury selection.

8. <u>Dispositive Motions:</u>  All dispositive motions and all <u>Daubert</u> motions shall be filed on or before **October 18, 2019**.

9. <u>Mediation:</u> Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **November 1, 2019**. Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

10. <u>Trial:</u>  This case will go to trial during the term of court beginning **January 13, 2020**.

                        AND IT IS SO ORDERED

                        _____
                        Honorable David C. Norton
                        U.S. District Judge

Charleston, South Carolina
December ___, 2018