# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
# IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability | Civil Action No. 2:18-cv-002396-DCN<br><br>**NOTICE OF REQUEST FOR PROTECTION** |

Christopher J. McCool, counsel for Plaintiff, has plans to be out of state for family vacation on the dates indicated below and requests protection from trial, hearings and other court matters.

- April 18, 2019 through April 29, 2019

                       Respectfully Submitted,

By:   s/ Christopher J. McCool
       Christopher J. McCool (Federal ID: 5747)
       Post Office Box 62888
       5861 Rivers Avenue (29406)
       North Charleston, SC 29419-2888
       Office: 843-554-3100
       Facsimile: 843-529-9180
       cmccool@joyelawfirm.com

       Attorney for the Plaintiff

North Charleston, South Carolina
January 16, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on the Court and all counsel of Record in compliance with the Federal Rules of Civil Procedure this 16th day of January, 2019.

                                                        s/Christopher J. McCool