IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff above named by and through the undersigned attorneys hereby moves the court to amend the prior Amended Scheduling Order in accordance with the proposed second amended scheduling order attached hereto. The current deadlines are set forth in the Amended Scheduling Order dated December 12, 2018 and filed herein (Entry Number 21). Opposing counsel agrees to the proposed second amended scheduling order.

                                        Respectfully submitted,

                                        By: s/Gedney M. Howe, III
                                        Gedney M. Howe, III (Fed Bar #1971)
                                        Law Offices of Gedney M Howe, III, PA
                                        PO Box 1034
                                        Charleston, SC  29402
                                        Phone:  843-722-8048
                                        Fax:  843-722-2140
                                        Email:  ghowe@gedneyhowe.com

                                        A.  Elliott Barrow, Jr. (Fed Bar #1222)
                                        Barrow Law Firm, LLC
                                        1051 Chuck Dawley Blvd.
                                        Mt. Pleasant, SC  29464
                                        Phone:  843-352-1440
                                        Fax:  843-352-1441
                                        Email: blf@barrowlawfirm.com

                                        Attorneys for Claimant

April 24, 2019

**WE CONSENT:**

By: s/Paul F. Tecklenburg
Paul F. Tecklenburg (Fed ID 3702)
Rivers T. Jenkins, III (Fed ID 5631)
Tecklenburg & Jenkins, LLC
PO Box 20667
Charleston, SC 29413
Phone: 843-534-2628
Facsimile: 843-534-2629
Email: pft@tecklaw.net
rtj@tecklaw.net