IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability | Civil Action Number: 2:18-cv-02396-DCN<br><br>**MORAN ENVIRONMENTAL RECOVERY, LLC'S IDENTIFICATION OF EXPERT WITNESSES** |

Pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., Plaintiff-in-Limitation Moran Environmental Recovery, LLC, hereby designates the following expert witnesses:

a.  Rik van Hemmen
    Martin, Ottaway, van Hemmen & Dolan, Inc.
    172 Monmouth Street
    Red Bank, NJ  07701

Mr. van Hemmen is an engineer specializing in the fields of naval architecture and marine engineering. He will testify to the opinions set forth in his expert report. His testimony and conclusions will be based upon his knowledge, experience and training in this area. Attorneys for Plaintiff-in-Limitation certify that a copy of his CV, list of publications, testimony list, fee schedule and his preliminary report were provided to counsel for all Claimants on July 15, 2019.

b.  Douglas Alling, AMS, CMI
    Knox Marine Surveyors & Consultants, LLC
    2080 Amenity Park Drive
    Mt. Pleasant, SC  29466

Mr. Alling is a boat surveyor. He will testify to the opinions set forth in his expert report. His testimony and conclusions will be based upon his knowledge, experience and training in this

area. Attorneys for Plaintiff-in-Limitation certify that a copy of his CV, list of publications, testimony list, fee schedule and his preliminary report were provided to counsel for all Claimants on July 15, 2019.

                              RESPECTFULLY SUBMITTED:
                              TECKLENBURG & JENKINS, LLC

                              *s/Paul F. Tecklenburg*_____
                              Paul F. Tecklenburg, Fed. ID #3702
                              Rivers T. Jenkins, III, Fed. ID #5631
                              1819 Meeting Street Road, Suite A (29405)
                              P.O. Box 20667
                              Charleston, South Carolina 29413
                              Telephone: (843) 534-2628
                              Facsimile: 843-534-2629
                              pft@tecklaw.net
                              rtj@tecklaw.nett
                              *Attorneys for Plaintiff-in-Limitation*
                              *Moran Environmental Recovery, LLC*

Charleston, South Carolina

July 15, 2019

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of ) | Civil Action No.:  2:18-cv-02396-DCN |
| MORAN ENVIRONMENTAL ) | |
| RECOVERY, LLC, as the owner of the ) | |
| vessel "Miss June" and her engines, ) | |
| tackle, appurtenances, etc.        ) | **CERTIFICATE OF SERVICE** |
| ) | |
| For exoneration from, or limitation of, ) | |
| liability.        ) | |

      The undersigned counsel for Plaintiff-in-Limitation Moran Environmental Recovery, LLC, hereby certifies that on the 15th day of July, 2019, a copy of ***Moran Environmental Recovery, LLC's Identification of Expert Witnesses*** was filed via the Court's electronic filing system, which will provide copies to the following persons served on all parties by U.S. Mail, with sufficient postage for delivery to all counsel of record addressed as follows:

| | |
|---|---|
| A. Elliott Barrow, Jr., Esquire | Gedney M. Howe, III, Esquire |
| Barrow Law Firm, LLC | Gedney M. Howe, III, P.A. |
| 1051 Chuck Dawley Blvd. | P. O. Box 1034 |
| Mt. Pleasant, SC  29464 | Charleston, SC  29402 |
| | |
| Brooklyn A. O'Shea, Esquire | Christopher J. McCool, Esquire |
| O'Shea Law Firm | Joye Law Firm |
| 1120 Folly Road | 5861 Rivers Avenue |
| Charleston, SC  29412 | North Charleston, SC  29406 |

                     *s/Paul F. Tecklenburg*_____
                     Paul F. Tecklenburg, Fed. ID #3702
                     Tecklenburg & Jenkins, LLC
                     1819 Meeting Street Road, Suite A (29405)
                     P.O. Box 20667
                     Charleston, South Carolina 29413
                     Telephone: (843) 534-2628
                     Facsimile: 843-534-2629
                     pft@tecklaw.net