# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION
### IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc. | Civil Action No. 2:18-cv-002396-DCN |
| | **NOTICE OF REQUEST FOR PROTECTION** |
| For exoneration from, or limitation of, liability | |

Christopher J. McCool, counsel for Plaintiff, has plans to attend a CLE seminar on the

dates indicated below and requests protection from trial, hearings and other court matters.

- October 16, 2019 through October 18, 2019

Respectfully Submitted,

By:     s/ Christopher J. McCool
        Christopher J. McCool (Federal ID: 5747)
        Post Office Box 62888
        5861 Rivers Avenue (29406)
        North Charleston, SC 29419-2888
        Office:  843-554-3100
        Facsimile: 843-529-9180
        cmccool@joyelawfirm.com

        Attorney for the Plaintiff

North Charleston, South Carolina
September 26, 2019.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was served on the Court and all counsel of

Record in compliance with the Federal Rules of Civil Procedure this 26th day of

September, 2019.

s/Christopher J. McCool
