IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc. | ) ) ) ) ) ) |
| For exoneration from, or limitation of, liability. | ) ) ) |

Civil Action No.: 2:18-cv-02396-DCN

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff-in-Limitation above named by and through the undersigned attorneys hereby moves the court to amend the prior Consent Second Amended Scheduling Order in accordance with the proposed Consent Third Amended Scheduling Order attached hereto. The current deadlines are set forth in the Consent Second Amended Scheduling Order dated April 24, 2019 and filed herein (Docket Entry Number 27). Opposing counsel agrees to the proposed Consent Third Amended Scheduling Order.

RESPECTFULLY SUBMITTED,

TECKLENBURG & JENKINS, LLC


*/s/ Paul F. Tecklenburg*_____
Paul F. Tecklenburg – Fed. Bar #3702
1819 Meeting Street Road, Ste. 150 (29405)
P.O. Box 20667
Charleston, SC  29413
Telephone: (843) 534-2628
Facsimile: (843) 534-2629
Email: pft@tecklaw.net
*COUNSEL FOR PLAINTIFF-IN-LIMITATION*

WE CONSENT:

/s/ A. Elliott Barrow, Jr.  
A. Elliott Barrow, Jr., Esquire  
Barrow Law Firm, LLC  
1051 Chuck Dawley Blvd.  
Mt. Pleasant, SC  29464  

Gedney M. Howe, III, Esquire  
Gedney M. Howe, III, P.A.  
P. O. Box 1034  
Charleston, SC  29402  

ATTORNEYS FOR CLAIMANT THE  
ESTATE OF DAVID W. RAFFERTY  

/s/ Christopher J. McCool  
Christopher J. McCool, Esquire  
Joye Law Firm  
5861 Rivers Avenue  
North Charleston, SC  29406  

Brooklyn A. O'Shea, Esquire  
O'Shea Law Firm  
1120 Folly Road  
Charleston, SC  29412  

ATTORNEYS FOR CLAIMANT THE  
ESTATE OF EDWARD BARNETT  

Charleston, South Carolina  
September 27, 2019