IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN |

## ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) provided the party he represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 scheduling order; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this 20th day of November, 2019.

                                                                                   TECKLENBURG & JENKINS, LLC

                                                                                  *s/ Paul F. Tecklenburg*
                                                                                  Paul F. Tecklenburg - Fed. ID #3702
                                                                                  Rivers T. Jenkins, III - Fed. ID #5631
                                                                                  P.O. Box 20667
                                                                                 1819 Meeting Street Road, Ste. A (29405)
                                                                                  Charleston, SC  29413
                                                                                 Telephone: (843) 534-2628
                                                                                 Facsimile: (843) 534-2629
                                                                                 Email: pft@tecklaw.net and rtj@tecklaw.net
                                                                                 *Attorneys for Plaintiff-in-Limitation*
                                                                                 *Moran Environmental Recovery, LLC*

---

[1] This statement must be filed and served.  Local Rule 16.03, D.S.C.  A separate statement and certification is required for each party represented.