IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Civil Action No.: 2:18-cv-02396-DCN<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 20th day of November, 2019, a copy of Plaintiff-in-Limitation's Alternative Dispute Resolution ("ADR") Statement and Certification was served on all counsel of record by depositing a copy of the same in the U.S. Mail, with sufficient postage for delivery addressed as follows:

| | |
|---|---|
| A. Elliott Barrow, Jr., Esquire<br>Barrow Law Firm, LLC<br>1051 Chuck Dawley Blvd.<br>Mt. Pleasant, SC 29464 | Gedney M. Howe, III, Esquire<br>Gedney M. Howe, III, P.A.<br>P. O. Box 1034<br>Charleston, SC 29402 |
| Brooklyn A. O'Shea, Esquire<br>O'Shea Law Firm<br>1120 Folly Road<br>Charleston, SC 29412 | Christopher J. McCool, Esquire<br>Joye Law Firm<br>5861 Rivers Avenue<br>North Charleston, SC 29406 |

_s/Paul F. Tecklenburg_____
Paul F. Tecklenburg (Fed. ID #3702)