**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| In the matter of the Complaint of Moran Environmental Recovery, LLC as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br><br>For exoneration from, or limitation of, liability | Civil Action No.: 2:18-cv-02396-DCN<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

**TO:  GEDNEY M. HOWE, III, ESQUIRE AND A. ELLIOTT BARROW, JR., ESQUIRE, ATTORNEYS FOR CLAIMANT TIFFANY PROVENCE, ESQUIRE, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID WAYNE RAFFERTY**

**CHRISTOPHER J. MCCOOL, ESQUIRE AND BROOKLYN O'SHEA, ESQUIRE, ATTORNEYS FOR CLAIMANT PENNY J. BARNETT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF EDWARD BARNETT**

Plaintiff-in-Limitation's counsel, Paul F. Tecklenburg, seeks protection from court appearances in the within case for the following dates and reasons:

| | |
|---|---|
| March 3 – 13, 2020 | Attorney Tecklenburg will be out of the country on vacation |
| April 20 – 27, 2020 | Attorney Tecklenburg will be out of state for a Tulane University conference and his son's college event |
| May 2 – 11, 2020 | Attorney Tecklenburg will be out of the state for his son's graduation from Loyola University and additional travel |

Plaintiff-in-Limitation's counsel respectfully requests said protection be granted.

[SIGNATURE ON FOLLOWING PAGE]

1

**TECKLENBURG & JENKINS, LLC**

*s/ Paul F. Tecklenburg*
_____
Paul F. Tecklenburg – Fed ID #3702
Rivers T. Jenkins, III – Fed ID #5631
P.O. Box 20667
1819 Meeting Street Road, Ste. A (29405)
Charleston, SC  29413
Telephone: (843) 534-2628
Facsimile: (843) 534-2629
pft@tecklaw.net and rtj@tecklaw.net

Charleston, South Carolina

February 4, 2020