IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability, | Civil Action No.: 2:18-cv-02396-DCN<br><br>CERTIFICATE OF SERVICE |

The undersigned hereby certifies that on the 21 day of February 2019, she served a copy of the foregoing **Interrogatories to Claimant Estate of Edward Barnett** via email and U.S. Mail, postage prepaid and addressed as follows:

Gedney M. Howe, III
Law Offices of Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC 29402
ghowe@gedneyhowe.com

A. Elliot Barrow, Jr.
Barrow Law Firm, LLC
1051 Chuck Dawley Blvd.
Mt. Pleasant, SC 29464
blf@barrowlawfirm.com

*ATTORNEYS FOR CLAIMANT ESTATE OF DAVID WAYNE RAFFERTY*

Brooklyn A. O'Shea, Esquire
Ian R. O'Shea, Esquire
O'Shea Law Firm, LLC
1120 Folly Road
Charleston, SC 29412
brook@theoshealawfirm.com
ioshea@theoshealawfirm.com

Christopher J. McCool
5861 Rivers Avenue
North Charleston, SC 29406
cmccool@joyelawfirm.com

*ATTORNEYS FOR CLAIMANT ESTATE OF EDWARD BARNETT*

Stacie E. Louis-Jacques

Charleston, SC

5