IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability, | ) Civil Action No.: 2:18-cv-02396-DCN<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

The undersigned hereby certifies that on the 21 day of February 2019, she served a copy of the foregoing **Request for Production of Documents to Claimant Estate of Edward Barnett** via email and U.S. Mail, postage prepaid and addressed as follows:

| | |
|---|---|
| Gedney M. Howe, III<br>Law Offices of Gedney M. Howe, III, PA<br>PO Box 1034<br>Charleston, SC 29402<br>ghowe@gedneyhowe.com<br><br>A. Elliot Barrow, Jr.<br>Barrow Law Firm, LLC<br>1051 Chuck Dawley Blvd.<br>Mt. Pleasant, SC 29464<br>blf@barrowlawfirm.com<br><br>*ATTORNEYS FOR CLAIMANT ESTATE OF DAVID WAYNE RAFFERTY* | Brooklyn A. O'Shea, Esquire<br>Ian R. O'Shea, Esquire<br>O'Shea Law Firm, LLC<br>1120 Folly Road<br>Charleston, SC 29412<br>brook@theoshealawfirm.com<br>ioshea@theoshealawfirm.com<br><br>Christopher J. McCool<br>5861 Rivers Avenue<br>North Charleston, SC 29406<br>cmccool@joyelawfirm.com<br><br>*ATTORNEYS FOR CLAIMANT ESTATE OF EDWARD BARNETT* |

Stacie E. Louis-Jacques

Charleston, SC

6