# Susan L Brown

**From:** Susan L Brown
**Sent:** Wednesday, December 18, 2019 10:27 AM
**To:** Lindsey Merreighn
**Subject:** RE: Moran Environmental Recovery, LLC Discovery Responses

Thanks, Lindsey.

**Susan L. Brown, Paralegal**
**Tecklenburg & Jenkins, LLC**
**Post Office Box 20667**
**1819 Meeting Street Road, Suite A (29405)**
**Charleston, South Carolina 29413**
**Direct Dial: (843) 377-4255**

**Phone: (843) 534-2628**
**Facsimile: (843) 534-2629**
**E-mail: slb@tecklaw.net**
**web page: www.tecklaw.net**

This e-mail and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this e-mail. If you are not an intended recipient, your receipt of this e-mail and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney, no duties are intended or created by this communication, and you should NOT rely on the contents of this e-mail and attachments for legal advice. Clients of this firm should NOT forward, copy or otherwise provide the contents of this e-mail and attachments to others. This email should not be forwarded to other persons without the permission of the sender. If you have received this communication and you are not an intended recipient, NOTIFY the sender and DELETE it from your system. All rights of the sender for violations of the confidentiality and privileges applicable to this e-mail and any attachments are expressly reserved.

**From:** Lindsey Merreighn
**Sent:** Wednesday, December 18, 2019 10:10 AM
**To:** Susan L Brown <slb@tecklaw.net>
**Subject:** RE: Moran Environmental Recovery, LLC Discovery Responses

Hey Susan,
Our answers are actually with Chris and Brook for review. I've emailed them to get the status and will forward to you as soon as I get them back. - Lindsey



**Lindsey Merreighn** | Litigation Paralegal
5861 Rivers Avenue, North Charleston, SC 29406
P: 843-888-8888 | D: 843-725-4246 | F: 843-529-9180
E: lmerreighn@joyelawfirm.com
W: www.joyelawfirm.com



1