# TECKLENBURG & JENKINS, LLC
ATTORNEYS AND COUNSELORS AT LAW
www.tecklaw.net

PAUL F. TECKLENBURG
RIVERS T. JENKINS, III

1819 MEETING STREET ROAD –SUITE #150
CHARLESTON, SOUTH CAROLINA 29405

POST OFF BOX 20667
CHARLESTON, SOUTH CAROLINA 29413

DIRECT DIAL: 843-377-4255
FACSIMILE: 843-534-2629
EMAIL: SLB@tecklaw.net

January 10, 2020

**VIA E-MAIL AND U.S. MAIL**
Christopher J. McCool, Esquire
Joye Law Firm
5861 Rivers Avenue
North Charleston, SC 29406

Brooklyn A. O'Shea, Esquire
O'Shea Law Firm
1120 Folly Road
Charleston, SC 29412

Re: <u>In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc.</u>
C/A No. 2:18-cv-02396-DCN / Our File No. 1467.03
Claimants: The Estate of Edward Roland Barnett and The Estate of David W. Rafferty

Dear Chris and Brook:

I am writing to check the status of receiving the Barnett Estate's responses to Plaintiff-in-Limitation's First Set of Interrogatories and First Requests for Production of Documents. The same were served on you via U.S. mail on February 21, 2019. I request that you submit your responses within seven (7) days of this letter. This letter serves as our effort to resolve a discovery issue prior to filing a motion.

If you have any questions, please give us a call.

With kind regards, I am

Sincerely,

Paul F. Tecklenburg

PFT/slb