**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| In the Matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the Owner of the Vessel "Miss June" and her engine, tackles, appurtenances, etc. ) ) ) ) ) ) | C/A No.: 2:18-cv-2396 DCN<br><br>**ORDER** |

This matter is before the court upon plaintiff-in-limitation's motion to compel claimant Penny J. Barnett, as Personal Representative of the Estate of Edward Barnett to respond to plaintiff-in-limitation's first set of interrogatories and requests for production dated February 21, 2019. This motion was filed on April 8, 2020. For good cause shown, it is therefore

**ORDERED,** that the motion to compel is **GRANTED**. Claimant Barnett shall respond in full no later than noon on Friday, May 1, 2020.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

April 16, 2020
Charleston, South Carolina