IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of MORAN ENVIRONMENTAL RECOVERY, LLC, as the owner of the vessel "Miss June" and her engines, tackle, appurtenances, etc. ) ) ) ) ) For exoneration from, or limitation of, ) liability, ) _____ ) | Civil Action No.: 2:18-cv-02396-DCN |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Penny J. Barnett as Personal Representative of the Estate of Edward Barnett by and through her undersigned attorneys hereby moves the court to amend the prior Consent Third Amended Scheduling Order in accordance with the proposed Consent Fourth Amended Scheduling Order attached hereto. The current deadlines are set forth in the Consent Third Amended Scheduling Order dated October 1, 2019 and filed herein (Docket Entry Number 34). Opposing counsel agrees to the proposed Consent Fourth Amended Scheduling Order.

RESPECTFULLY SUBMITTED,

**JOYE LAW FIRM, L.L.P.**

  s/Christopher J. McCool_____
Christopher J. McCool (Federal ID: 5747)
5861 Rivers Avenue
North Charleston, SC 29406
Office: 843-554-3100
Facsimile: 843-529-9180
cmccool@joyelawfirm.com

and

**O'SHEA LAW FIRM**

s/Brooklyn A. O'Shea
Brooklyn A. O'Shea (Federal ID: 12681)
1120 Folly Road
Charleston, SC 29412
843-805-4943 office
brook@theoshealawfirm.com
*Attorneys for Penny J. Barnett as Personal Representative of the Estate of Edward Barnett*

WE CONSENT:

/s/ Paul F. Tecklenburg
Paul F. Tecklenburg, Esquire
(Federal ID No.: 3702)
Rivers T. Jenkins, III, Esquire
(Federal ID No.: 5631)
Tecklenburg & Jenkins, LLC
P.O. Box 20667
1819 Meeting Street Road, Ste. 150 (29405)
Charleston, SC 29413

ATTORNEYS FOR MORAN ENVIRONMENTAL RECOVERY, LLC, PLAINTIFF-IN-LIMITATION

/s/ Christopher J. McCool
Christopher J. McCool, Esquire
(Federal ID No.: 5747)
Joye Law Firm, LLP
5861 Rivers Avenue
Nonh Charleston, SC 29406

Brooklyn A. O'Shea, Esquire
(Federal ID No.: 12681)
Ian R. O'Shea, Esquire
(Federal ID No.: 11879)
O'Shea Law Firm
1120 Folly Road
Charleston, SC 29412

ATTORNEYS FOR CLAIMANT THE ESTATE OF EDWARD BARNET

North Charleston, South Carolina
June 16, 2020