IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the matter of the Complaint of | ) | Civil Action No.:  2:18-cv-02396-DCN |
| MORAN ENVIRONMENTAL | ) | |
| RECOVERY, LLC, as the owner of the | ) | |
| Vessel "Miss June" and her engines, | ) | **Consent Fourth Amended Scheduling** |
| Tackle, appurtenances, etc. | ) | **Order** |
| | ) | |
| For exoneration from, or limitation of, | ) | |
| Liability, | ) | |
| _____ | ) | |

Pursuant to the Federal Rules of Civil Procedure and Local Civil Rules of this Court, the parties propose the following changes to the Third Amended Scheduling Order entered in the action:

1-5.  The parties are not seeking changes to the deadlines delineated in Paragraphs 1 through 5 of the Third Amended Scheduling Order.

6.      Discovery: Discovery shall be completed no later than August 14, 2020.  All discovery requests shall be served in time for the responses thereto to be served by this deadline.  All depositions must be taken before this deadline.

7.      Motions *in Limine*: Motions *in limine* must be filed three weeks prior to the trial date established by the court.

8.      Dispositive Motions: All dispositive motions and all Daubert motions shall be filed on or before September 14, 2020.

9.      Mediation: The parities stipulate that a mediation in the action has taken place.

10.     Trial: This case will go to trial during the term of court beginning October 1, 2020.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

June 16, 2020
Charleston, South Carolina